IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEITH KEGGS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:11-cv-00636-PLM |
| | ) | |
| v. | ) | |
| | ) | Judge Maloney |
| LAW OFFICE OF | ) | |
| VINCENT P. CIGNARALE, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF JUDGMENT

This matter having come before this Honorable Court on Plaintiff's Motion for Default Judgment, due notice having been given, the Court having been fully advised, and an order of Default having previously been entered against Defendant,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, KEITH KEGGS, and against Defendant, LAW OFFICE OF VINCENT P. CIGNARALE, LLC., as follows:

1. $1,000.00 statutory damages for Defendant's violation of the Fair Debt Collection Practices Act.

2. $3,000.00 actual damages, as established by Plaintiff's affidavit, for Defendant's violation of the Fair Debt Collection Practices Act.

3. $2,614.00 for Plaintiff's attorneys' fees.

4. $415.00 for Plaintiff's costs.

5. Total Judgment in the amount of $7,029.00

/s/ Paul L. Maloney
**Honorable Paul L. Maloney**
**United States District Judge**

Dated: September 8, 2011